ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 10:41:29 AM
DEBBIE AUTREY
CLERK

NO.06-14-00100-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/13/2015 10:41:29 AM
DEBBIE AUTREY
Clerk

MARK MUELLER
Appellant

v.

JAMES H. DAVIS, INDIVIDUALLY AND D/B/A JD MINERALS
AND JDMI, LLC
Appellees

---

Appeal from the 71st Judicial District Court
Of Harrison County, Texas
Cause No. 11-0858
The Honorable Brad Morin Presiding

---

APPELLEES' UNOPPOSED FIRST EXTENSION OF TIME TO FILE
APPELLEES' BRIEF

---

Douglas D. McLallen
State Bar No. 00788025
Anderson, Lehrman, Barre,
   and Maraist LLP
Gaslight Square
1001 Third St, Suite 1
Corpus Christi, TX 78404
Telephone:  361-884-4981
Facsimile:  361-884-2822
Email:  dmclallen@albmlaw.com

Marshall C. Wood
State Bar No. 00797690
Norton & Wood, LLP
315 Main Street
Post Office Box 1808
Texarkana, Texas 75504
Telephone: (903) 823-1321
Facsimile:  (903) 823-1325
Email:  marshall@nortonandwood.com

ATTORNEYS FOR APPELLEES

**APPELLEES' UNOPPOSED FIRST MOTION
TO EXTEND TIME TO FILE APPELLEES' BRIEF**

Appellees, James H. Davis, Individually and d/b/a JD Minerals and JDMI, LLC, ask this Court, pursuant to 10.5(b) Tex. R. App. P., to extend the time to file the Appellees' Brief, and would show as follows:

1. This motion is filed before the deadline for filing Brief of Appellee, as required by Texas Rule of Appellate Procedure 38.6(d).

2. Appellants' brief is currently due on July 16, 2015

3. Appellants requests an extension of 30 days to file their Brief, extending the time until Monday, August 17, 2015.

4. No previous extension by Appellees has been requested.

5. Appellees request an extension of time in which to file their Brief in order to allow sufficient time to adequately prepare their Brief to aid the Court in consideration of this appeal. On July 7, 2015 Appellees requested the District Clerk of Harrison County, Texas to supplement the record with a pleading that is needed for a thorough brief.

WHEREFORE, PREMISES CONSIDERED, Appellees, James H. Davis, Individually and d/b/a JD Minerals and JDMI, LLC request this Honorable Court to grant this Motion for Extension of Time until August 17, 2015, and for such further relief to which they may be entitled.

Respectfully Submitted,

ANDERSON, LEHRMAN, BARRE
   & MARAIST, LLP
Gaslight Square
1001 Third Street, Suite 1
Corpus Christi, Texas 78404
Telephone: (361) 884-4981
Facsimile: (361) 884-9618


By:    */s/ Douglas D. McLallen*
      **Douglas D. McLallen**
      State Bar No. 00788025
      **ATTORNEYS FOR APPELLEE**

      **Marshall C. Wood**
      State Bar No. 00797690
      Norton & Wood, LLP
      315 Main Street
      Post Office Box 1808
      Texarkana, Texas 75504
      Telephone: (903) 823-1321
      Facsimile: (903) 823-1325
      Email:
      marshall@nortonandwood.com

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all parties.

Bob Whitehurst, Counsel for Appellant, Mark Mueller, does not object to the extension.

/s/ Douglas D. McLallen
Douglas D. McLallen

## CERTIFICATE OF SERVICE

I certify that on July 13, 2015, a true and correct copy of foregoing was served on counsel of record as indicated below.

Mr. Bob Whitehurst                    *Via Email:* *whitehurstlawfirm@yahoo.com*
Whitehurst & Whitehurst
Attorneys at Law
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703

/s/ Douglas D. McLallen
Douglas D. McLallen